UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
FELICITAS DEL CARMEN VILL GARNICA,

                        Plaintiff,

    -against-

MALU CUSTER EDWARDS aka
MALU HURLEY, and MICHAEL HURLEY aka
MICKY HURLEY,

                        Defendants.
------------------------------------------------------------ x

**ORDER DISMISSING BREACH OF CONTRACT CLAIM**

13 Civ. 3943 (AKH)

At the status conference in this case held on January 17, 2014, Plaintiff withdrew her breach of contract claim. Accordingly, Plaintiff's Second Claim for Relief, Breach of Contract is dismissed.

SO ORDERED.

Dated:    New York, New York
            January 22, 2014

ALVIN K. HELLERSTEIN
United States District Judge