UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELICITAS DEL CARMEN VILLANUEVA GARNICA,<br><br>         Plaintiff,<br><br> - against -<br><br>MALU CUSTER EDWARDS aka MALU HURLEY and MICHAEL HURLEY aka MICKY HURLEY,<br><br>         Defendants. | Index No. 13–Civ–3943 (AKH) |

**NOTICE OF MOTION**

Defendants Malu Custer Edwards and Michael Hurley ("Defendants"), by their undersigned attorneys, move for summary judgment on all Plaintiff's claims pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the reasons set forth in the accompanying memorandum of law, dated February 28, 2014, which is supported by the accompanying Declaration of William H. Newman, dated February 28, 2014. Pursuant to the minute entry dated January 17, 2014, opposition papers must be filed by March 20, 2014 and reply papers must be filed by April 2, 2014.

Dated: New York, New York
       February 28, 2014

                                            BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

                                            By:   /s Robin L. Alperstein
                                                   Robin L. Alperstein
                                                   William H. Newman
                                                   Michelle R. Mufich
                                            299 Park Avenue
                                            New York, NY 10171
                                            ralperstein@beckerglynn.com
                                            wnewman@beckerglynn.com
                                            mmufich@beckerglynn.com

                                            *Counsel for defendants*

TO:

Christopher Q. Davis
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue
Third Floor
Brooklyn, NY  11217
Tel. (718) 852-3710
cdavis@stollglickman.com

*Counsel for plaintiff*