UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICITAS DEL CARMEN VILLANUEVA GARNICA,

          Plaintiff,

- against -

MALU CUSTER EDWARDS aka MALU HURLEY and MICHAEL HURLEY aka MICKY HURLEY,

          Defendants.

Index No. 13–Civ–3943 (AKH)

## NOTICE OF MOTION

Defendants Malu Custer Edwards and Michael Hurley ("Defendants"), by their undersigned attorneys, move with the consent of Plaintiff for a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, to protect the confidentiality of Defendants' personal financial information, addresses, telephone numbers and similar information.

Dated: New York, New York
       March 31, 2014

BECKER, GLYNN, MUFFLY, CHASSIN
& HOSINSKI LLP

By: _____
Robin L. Alperstein
William H. Newman
Michelle R. Mufich
299 Park Avenue
New York, NY 10171
ralperstein@beckerglynn.com
wnewman@beckerglynn.com
mmufich@beckerglynn.com

*Counsel for defendants*

TO:

Christopher Q. Davis
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue
Third Floor
Brooklyn, NY 11217
Tel. (718) 852-3710
cdavis@stollglickman.com

*Counsel for plaintiff*