UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELICITAS DEL CARMEN VILLANUEVA GARNICA,<br><br>                    Plaintiff,<br><br>- against -<br><br>MALU CUSTER EDWARDS aka MALU HURLEY and MICHAEL HURLEY aka MICKY HURLEY,<br><br>                    Defendants. | Index No. 13–Civ–3943 (AKH) |

**NOTICE OF MOTION**

Defendants Malu Custer Edwards and Michael Hurley ("Defendants"), by their undersigned attorneys, move for an order directing that counsel for the plaintiff pay Defendants' costs pursuant to 28 U.S.C. § 1927, for the reasons set forth in the accompanying memorandum of law, dated February 24, 2015, which is supported by the accompanying Declaration of William H. Newman, dated February 24, 2015. Opposition papers must be filed by March 11, 2015 and reply papers must be filed by March 18, 2015.

*[The remainder of this page is intentionally left blank]*

Dated: New York, New York
February 24, 2015

BECKER, GLYNN, MUFFLY, CHASSIN
& HOSINSKI LLP

By: _____
Robin L. Alperstein
William H. Newman
Michelle R. DeMason
299 Park Avenue
New York, NY 10171
ralperstein@beckerglynn.com
wnewman@beckerglynn.com
mdemason@beckerglynn.com

*Counsel for Defendants*

TO:

Andrew Stoll
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue
Third Floor
Brooklyn, NY 11217
Tel. (718) 852-3710
astoll@stollglickman.com

*Counsel for Plaintiff*